```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs __BILL J. ALLEN__     CASE NO. __3:07-CR-00057-JWS__
Defendant: _X_ Present   _X_ On Summons

BEFORE THE HONORABLE        __JOHN W. SEDWICK__

DEPUTY CLERK/RECORDER:      __SUZANNETTE LUCERO__

UNITED STATES ATTORNEY:     __JOSEPH BOTTINI / NICHOLAS MARSH__

DEFENDANT'S ATTORNEY:       __ROBERT BUNDY__

U.S.P.O.:                   __KAREN BREWER__

PROCEEDINGS: ARRAIGNMENT / ENTRY OF PLEA ON FELONY INFORMATION
             (SEALED ARRAIGNMENT / ENTRY OF PLEA ON FELONY
             INFORMATION) HELD 5/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:11 a.m. court convened.

_X_ Copy of Felony Information given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Bill James Allen__ Age: __70__

_X_ Waiver of Indictment **FILED**.

_X_ PLEAS: Guilty to Counts __1, 2, 3 of the Felony Information.__

_X_ Court accepted plea(s). _X_ Referred to P.O. for presentence report.
_X_ Bond set at __$10,000 Unsecured.__

_X_ Order Setting Conditions of Release **FILED**. _X_ Appearance Bond **FILED**.

_X_ OTHER: Court and counsel heard re representative from news media present in courtroom. Court and counsel heard re Government's oral motion to unseal proceedings and entire case; **GRANTED**. Court and counsel heard re plea agreement; Court reserves approval of plea agreement pending review of

Continue To Page 2

DATE: __May 7, 2007__     DEPUTY CLERK'S INITIALS: __SCL__

```
                    Continuation - Page 2
                   U.S.A. vs. BILL J. ALLEN
                      3:07-CR-00057-JWS
           ARRAIGNMENT/ENTRY OF PLEA ON FELONY INFORMATION
                         MAY 7, 2007
----------------------------------------------------------------
```

 X OTHER: the presentence report. Sentencing to be set in a
    later order. Court directed parties to submit an appropriate
    sentencing date no later than **October 1, 2007**.

At 9:50 a.m. court adjourned.




DATE:    May 7, 2007       DEPUTY CLERK'S INITIALS:      SCL