**WHITE & CASE LLP**
George J. Terwilliger III (admitted *pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3628
Fax: (202) 639-9355
gterwilliger@whitecase.com

DORSEY & WHITNEY LLP
Robert C. Bundy (Alaska Bar # 7206021)
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501
Tele: (907) 257-7853
Fax: (907) 276-4152
bundy.robert@dorsey.com

*Attorneys for Defendant Bill J. Allen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 3:07-cr-00057-JWS |
| ) | |
| v. ) | **DEFENDANT'S NOTICE OF** |
| ) | **FILING EXHIBIT 3 TO SENTENCING** |
| BILL J. ALLEN, ) | **MEMORANDUM** |
| ) | |
| Defendant ) | |
| ) | |

Defendant Bill J. Allen hereby notifies the court and parties in interest of filing the attached Exhibit 3 to Sentencing Memorandum by Bill J. Allen (Docket No. 53) filed with the Court on October 21, 2009.

Dated: October 22, 2009

        Respectfully submitted,

        **WHITE & CASE** LLP

          /s/ Robert C. Bundy

        George J. Terwilliger III (admitted *pro hac vice*)
        701 Thirteenth Street, NW
        Washington, DC  20005
        Phone: (202) 626-3628
        Fax: (202) 639-9355
        gterwilliger@whitecase.com

        DORSEY & WHITNEY LLP
        Robert C. Bundy (Alaska Bar # 7206021)
        1031 West Fourth Avenue, Suite 600
        Anchorage, Alaska 99501
        Tele: (907) 257-7853
        Fax: (907) 276-4152
        bundy.robert@dorsey.com

        *Attorneys for Defendant Bill J. Allen*

## CERTIFICATE OF SERVICE

I certify that I caused to be electronically filed the foregoing with the Clerk of the Court of the United States District Court for Alaska by using the CM/ECF system on October 22, 2009.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.


Date: October 22, 2009                    /s/ Robert C. Bundy


                                            Robert C. Bundy (Alaska Bar # 7206021)
                                            1031 West Fourth Avenue, Suite 600
                                            Anchorage, Alaska 99501
                                            Tele: (907) 257-7853
                                            Fax: (907) 276-4152
                                            bundy.robert@dorsey.com

4840-6967-7573\1