September 21, 2009

The Honorable John W. Sedwick
Chief United States District Judge
222 West Seventh Avenue #4
Anchorage, AK 95513

RE: Bill Allen

Your Honor:

My name is Thomas Casey, and I am a former employee at VECO. I met Bill Allen in 1990 while working for VECO, and although I was not even listed on their corporate ladder, he was always very respectful to me. While working for VECO, I was able for to perform several personal jobs for Bill. This allowed me to get to know him, which I will forever be grateful for.

On May 16, 2002, I was involved in a motorcycle accident which left me paralyzed as a quadriplegic. With all of the heavy medications I was on, I don't remember most of my time in the hospital, but I will always remember Bill coming by the hospital to visit with me. He was making sure that one of his employees was going to be alright. That in itself speaks to the quality of Bill Allen as a person.

Since my accident, I have exceeded expectations of many of my doctors and therapists. I have heard from my therapists on several different occasions that I am their "model quad." I can honestly say owe a lot of where I am today to Bill, his kindness and compassion have literally helped save my life. He personally gave the okay for me to have any therapy or equipment I might need to help me get better. One piece of equipment was my $40,000 wheelchair. This chair allows me to tilt and recline the seating system, thus relieving pressure from butt. Thanks to this chair, I have been pressure-sore free since my injury. Since you can die from the complications of pressure-sores, this chair has literally helped save my life. Because of my injury, I was pushing our medical coverage limit at VECO, quickly. So Bill approved the raising of VECO's coverage from $1 million to $2 million to make it so I would continue to have medical coverage, and be able to continue the conquering of this new hurdle in my life.

Bill has made an enormous impact in my life, and I'm happy and honored to call him a friend of mine.

I know that Bill made a mistake in his actions, but I would like to propose a recommendation for Bill's sentencing. My cousin's daughter, who lives in Washington state, last year got stabbed seven times in the face and chest from a jealous girl over a boy. That attacker received 15 weeks in a juvenile detention facility for such an atrocious crime, a crime that should have received years instead of weeks for a sentencing. Considering Bill's age, and the crime that was committed, I believe it would be an injustice to put him in prison for years to come.

As I mentioned before, Bill's kindness and compassion have literally helped save my life. What I

propose, is that instead of jail time, Bill has to donate a substantial amount of money to various organizations as well as being on house arrest. It can be for the help in curing paralysis, fighting breast cancer, or you name it, the choice could be yours. Instead of him becoming a "burden on society," why not make him instead help society. I know that there has to be punishment for his actions, but given all the circumstances, I believe this would be punishment enough.

You have an enormous decision to make, please allow your heart to help make it.

Sincerely,

Thomas Casey

September 14, 2009

The Honorable John W. Sedwick
Chief United States District Judge
222 West Seventh Avenue, #4
Anchorage, AK 95513

Your Honor:

My name is Addie Chancellor, I am Bill's older sister. I'd like to tell you about our family. My parents had nine children. We lived in poverty. We lived in old crumbling, adobe houses with dirt floors, no light, no electricity, no running water, no inside plumbing. We lived in a lot of tents. My earliest memory is about the time that Bill was born. We were living in a tent set up along the Rio Grand River in Socorro, New Mexico. Dad wasn't home a lot, he was looking for work. So the responsibility all fell upon my mother. We were definitely the "have nots", the "ragmuffins" at school, and that hurt. The enclosed photo with the horse is a picture of Bill when he was about eight years old. As you can see, he was a skinny kid, long skinny arms and his pants were held up with a belt wrapped around him about twice. The part of this picture that is interesting to me is that this marks the end of Bill's childhood. It was shortly after this time that we moved to Oregon. We were short on food and clothing neither Bill or I went back to school, we started working in the fields immediately. When we got to Oregon, it didn't take long for Bill, Mom, and I realize that working and taking care of the family was up to us. That was true then and it's true today.

Bill was nine or ten when we went to California to pick cotton. We lived in labor camps. When the cotton harvest ended, we returned to Oregon and lived in tents. I was waiting tables, Bill and Dad tried to harvest timber but it did not work out. Bill went back to school when he was 12 or 13. When Dad left, Bill just took over being the head of the household. Mom didn't drive she had been pretty sheltered from being out in the world and having only a grade school education limited her ability to make decisions. Together Bill and I tried to take care of business matters. Dad could not find work and Mom and Dad separated. The rest of the family moved to New Mexico. When we arrived in Aztec, New Mexico, Bill was about 16 years old and went to work in the oil fields and I went to work for the telephone company. Bill worked 12 hours a day 7 days a week, he worked any extra hours he could get. We were able to make a down payment on a house and a car. With our jobs we were able to clothe the younger kids, have money for their school activities giving a feeling of security for them. WE REALLY APPRECIATED OUR JOBS. Bill learned to pipe fit and went to work in the refineries. He had to go away from home sometimes but he always continued to send his money home to the family. In 1976, Bill bought Mom a home and he hired someone to be with her as a companion and to do her driving and he bought her a brand new car. She developed Alzheimers during the last 5 years of her life, I cared for her in my home. Bill took care of all the expenses and visited her often.

My daughter had a massive stroke. She lived in Bakersfield, California. They called and told me they did not have much hope for her. I called Mark, Bill's son, and told him I was going to go to Bakersfield. A few minutes later, Bill called me back and said, "Don't go to Bakersfield, go to L.A.. I have arranged for a helicopter to pick her up and take her

there." She did survive and she made a remarkable recovery and they said that if she did not get there when she did to receive the treatment they gave her, she would not have survived. I really am grateful for the way he thinks. When he knows you need something, he goes ahead and does it. When he sees a need he goes ahead and takes care of it, whether it's family, friends, or employees. When our 3 sisters was ill, Bill paid for all expenses to care for them this entailed hotel rooms, meals, transportation and medical bills. Bill took time from his busy schedule on many occasions to visit each sibling. Troy, our eldest brother had a long illness, again Bill took care of everything including a long expensive nursing home stay. Two weeks before Troy died, Bill chartered a plane so all family members could visit him before his death.

Bill and I are very close. We share a lot of our deepest thoughts together. Bill is patriotic and loves Alaska. He developed a deep appreciation, loyalty and gratitude for the oil industry. It gave him the opportunity to reach his potential. He appreciated the oil industry because a person could get a job and move up. Along with hard work and the oil industry, he was able to build Veco. There were some rough spots along the way and I would tell him, "Bill, why don't you just quit." He would tell me, "Addie, I have to keep going. Do you know how many families are depending on me for their livelihood?" He appreciated his employees and anyone who worked for him knew that they were appreciated. It was not all about the money. Bill talked about the pipeline and that it was great for Alaska, not just for the money to his company but also for the jobs it created. His last goal before he retired was to help get the pipeline because of how it would be good for Alaska and the country. It would create jobs beyond the oil industry and there would be growth in Alaska.

It is very hurtful for the family and people that knew Bill to see all of the good things he's done and to see the negative press and all of the lies that have painted him to be a cruel, greedy man. He is actually the opposite. Bill has always been a sacrificing person. I remember when we he was a kid, he would hang back until everyone got some. He was and still is to this day, generous almost to a fault. If you needed $50, he'd make sure you got $100. If he sees someone with less, he likes to give. Bill loves to give, he is not a greedy man. He would never turn his back on anyone that needed help, whether it is family or especially children. He is a very kind man. These truths of our family history prove that Bill is multifaceted, generous, charitable, honest, and honorable and each one should be considered.

Bill is getting older now and he has several health issues. He takes a lot of medication. He has been hearing impaired since he was young but every year it gets worse. With the stroke and his impaired speech, I think that prison would be an awful handicap for him.

Thank you for your consideration.

Sincerely,

*Addie Chancellor*

Addie Chancellor

Gordon L. Collier
1565 W. Main St. Suite 205-117
Lewisville, TX 75067

September 4, 2009

The Honorable John W. Sedwick
Chief United District Judge
222 West Seventh Avenue, # 4
Anchorage, AK 95513

Reference Bill Allen

I came to work for Bill Allen and Veco as the Corporate Manager of Human Resources in March 2009.

During the next 17 years, I watched Bill Allen assist a large number of people that needed a start in the industry to assistance for a college education. Bill was out going and enjoyed the ability to help out someone that might have had a reversal in life or trying to find a direction to head.

The most important generosity or kindness was for my family and I, in 1994. I sat down with Bill to advise him that I needed to return from Alaska back to Texas. I discussedwith him that I was not leaving because I was unhappy or going to work for another company. Our entire reason for needing to move back to Texas was to assist family. My dad had gone through three back operations and was finding it harder and harder getting about without pain.

My dad was not the only family member having problem as my aunt was getting ready for back surgery. Her husband was suffering from circulatory problems in his legs and had several clots. My other aunt was losing her site and still was trying drive at the age of 89.

I explained to Bill that my family had no one else that was stepping up to assist as the were getting older. Our desire was to return home and assist as was necessary and helpful for all of them.

Bill could relate to this situation as his brothers and sisters were at the same stage. His first comment to me was that he understood and we needed to work out a way I could still assist the company. He advised that he would talk to our corporate president and outside legal group to work out details.

The company moved us back to Texas and forwarded my phone to my home office. The next 3 years,I worked for the company on a consulting basis, but was still able to be reached at Anchorage office phone number.

My time in Texas allowed me to be available for family, as necessary, but still be reachable by phone and fax. This arrangement went on for the next 3 years as my family started growing smaller. Late in 1997, I returned to Anchorage, my wife stayed in Texas and I returned on a very frequent basis as needed for the remaining family.

The last two years has watched Bill Allen go from the top of the mountain to a little spot on that same mountain.

Sincerely,

Gordon L. Collier
General Manager
Tigerpawservices

The Honorable John W. Sedwick
Chief United District Judge
222 Wes Seventh Avenue, #4
Anchorage, AK 95513

My name is Kelly P. Dennington, I am a nephew by marriage of Bill J. Allen. I have known and been around Bill my entire life and some of my earliest memories of my life involve him, my aunt and my cousins Shannon, Mark and Tammy. We all grow up together chasing the oilfields in New Mexico, Texas, Utah and California were Bill and my father, Jerry K. Dennington, worked hard to provide for there families. Some early memories involve Bill taking Mark and I out target shooting and fishing in Alaska in the mid 1960's when we all first moved to "The Last Frontier". Bill is from a generation that grew up very poor. He quit school to work and provide for his mother and help raise his younger siblings. My father and Bill Allen are the 2 key male influences in my life that taught me hard work and family are about in life. I am very aware of the charges against Bill and the rest of the political figures involved. It is hard for me to understand how some of the key players have had miss-trials, retrials and charges dropped while Bill's quality of life, reputation and health is been on the decline. Bill has always been about family, his business he built for 40 years and Alaska the state he love's and still calls home. All of our family has benefited form his generosity and emotional support through the years and up to the current time of our life's. Thanks you for your time and consideration.

*Kelly P. Dennington*
Kelly P. Dennington
General Manager
Double Eagle Ranch

August 25, 2009

The Honorable John W. Sedwick
Chief United District Judge
222 West Seventh Avenue #4
Anchorage, AK 95513

Your honor, first of all let me identify myself. My name is Leona Dennington I work for the Double Eagle Ranch. I have had the privilege to work with Mr. Bill Allen's son Mark Allen for the past two years. While working for the Double Eagle Ranch Mark asked if I would assist his father in any clerical needs or personal matters such as getting Bills medication or faxing a letter or two for him or arranging a flight and hotel on occasion. I did so happily.

I met Bill while I was pregnant with my (currently 9 month old daughter). When I would arrive at the Ranch with supplies or whatever I had to bring in, Bill Allen would not only open the door to my car and help me out he would not let me lift a feather. He would bring my supplies in for me. He would tire pretty quickly and would sit in my office and ask how I was feeling. I think I should have been asking how he was feeling as he tired quickly and I realized he was diabetic so I would share a coke with him.

When my daughter was born Bill and his family made sure my home was filled with bright flowers as I had no family close by to cheer me up after an almost fatal C-Section. Bill was the best grandpa I ever known. He would hold my baby with such gentleness and care. Nine months later when he walks in the room my daughter's eyes light up.

Bill Allen is a fine father, grandfather, citizen and one of the best persons I have ever met and am proud to know. I have seen Bill's quality of life deteriate from the time I met him on the Ranch till now and it hurts my heart to see such a fine man have to suffer like this. This man has done nothing but help everyone that crosses his path in more ways than one.

Respectfully,

Leona Dennington
Office Manager
Double Eagle Ranch, Inc.

from: Destiny Te   1st grade

Dear Your Honor,

I love my Grandpa and if you took him away, I would cry.

I would miss seeing him so much. If he never came to see me, I would miss him.

My Grandpa taked me to the mall, and I really like that. I really like spending time with him because he plays with my hair, and takes me for walks, and he always has me sit on his lap.

When I call him, he always is saying hi and that he loves me, and he tells me I'm beautiful, and it makes me feel beautiful.

The Honorable John W. Sedwick  
Chief United States District Judge  
222 West Seventh Ave., # 4  
Anchorage, Ak 95513

October 18, 2009

Your Honor:

My name is Michelle Dow. I lived in Anchorage for 23 years and now reside in Dallas, Tx. I have known Bill Allen 23 years. Bill and I started a relationship in 1986 and it ended in 1991. However, Bill and my daughter Wendi continue to have a 'father-daughter' relationship to this day. I am in contact with him when we discuss our daughter Wendi. Bill has been there as a father for her both emotionally and financially from the time we met when Wendi was 7 to now as a young woman at age 30.

Bill Allen has contributed to my family in many ways including my own Mother and Father as they were elderly and in desperate need. He has been there for my son as a boy growing up. (Ron Wommack, a Police Officer in Oregon.)

Bill has always seen the glass half full in any given situation when life gets tough. He's been there emotionally and financially for my extended family. He has given me confidence and determination to strive for a better life. I will always respect him for that and for all the compassion he has for those that have not been as fortunate in life.

Thank you for your consideration.

Sincerely,

Michelle Dow

*[signature: Michelle Dow]*

September 18, 2009

The Honorable John W. Sedwick
Chief United States District Judge
222 West Seventh Avenue #4
Anchorage, AK 95513

Your Honor:

My name is Lianne Hopper. I first met Bill when I was childhood friends with Bill's daughter, Tammy. I was raised very poor growing up; we were very loved, very happy, but we definitely knew were poor. One time Bill asked me, "Are you going to go to college?" and I told him that I did not thinks so. He said, "Well, if I paid your way, would you go to college?" It was a very nice offer and I've remembered it my whole life. But, I just couldn't accept it.

Many years later, I had not seen his daughter, Tammy in a long time as we were busy with our own families. A friend who worked for VECO called me and told me that I should come work there. Since I knew the family well, I did not want to use that influence to pursue employment there. Later, the friend continued to tell me how great it was to work for VECO and that I really needed to at least come in for an interview. In 2004, I interviewed and accepted a position in the corporate department at VECO. Bill did not even know I worked there. It wasn't until one day when one of his children was visiting and saw me and told him who I was. My friend was right, it was an incredible place to work! I found VECO to be very loyal to their employees – something that had been lost in the corporate world I came from (Alyeska Pipeline, BP Exploration, ConocoPhillips and ExxonMobil). Most of VECO's employees had been working for them for 20+ years, which again is almost unheard of in the corporate world I was from.

One of the things that floored me was that when employees came upon hard times, Bill Allen would allow no interest loans to those employees. They would have to pay it back and they were given schedules to pay it back, but they were given no interest loans. That is completely unheard of in any of the places I have previously worked.

Another surprise I had never realized before coming to work for VECO is how generous they were to the community. Very little was known and is still known by the general public of how much VECO – under Bill Allen's leadership, gave to the community in both money, allowing employees time and VECO's resources. After working in BP's philanthropy department, I know 1st hand what they give to the community and though I thought they were generous to the community, per capita VECO far exceeded that which I saw other companies give.

I hope you will read this brief and realize just what a generous man Bill Allen was and I believe still is. He was generous to a fault – but I think he developed the greatest company I've ever had the pleasure of working for. I was and am very proud to have been affiliated with VECO and Bill Allen. He is truly a remarkable man!

Sincerely,

*Lianne Hopper*
Lianne Hopper
17711 Steamboat Drive
Anchorage, AK 99516

Ex. 3, Page 27     United States v. Allen, 3:07-cr-00057-JWS

Case 3:07-cr-00057-JWS   Document 59-3   Filed 10/22/09   Page 11 of 16

October 16, 2009

The Honorable John W. Sedwick
Chief United States District Judge
222 West Seventh Avenue # 4
Anchorage, AK 95513

Your Honor:

My name is Margarita (Rita) Ivanova. I am a former VECO employee who assisted with their operations on Sakhalin Island, Russia. I have known Bill as an employee and a friend for the past 11 years. During one of our trips, we were approached by one of the local leaders and we got to know a story of a local boy, Ivan Batir. He was eight years old when he got into a train accident. He was playing with his friends on the hillside and one of the boys pushed him down and he fell onto the train track. Unfortunately during the accident, Ivan lost his arm and his leg. Bill Allen was asked if he could help to buy a wheelchair for the boy because the boy was due to start school and he was unable to get to school as he could not walk. Bill, of course could not say "No" and he bought the best chair available on the market. It was $10,000 with motor and different gadgets, only an engineer could figure out how to work it. It was such a delight; a lot of people came to look at the chair. It was something of a novelty because no one had ever seen a chair on the island like this. We were nervous that the boy would not be able to figure out how to work the chair. Within five minutes, he had figured it out and he had a huge smile on his face. That was so incredible. Of course, everyone cried including his grandmother. All of the people watching cried.

There are many rich people in Sakhalin who can afford to buy villas and expensive trips but no one had helped the boy. Here comes Bill Allen from the United States and helps! The local newspaper wrote an article about Bill and the boy. The article says "ten thousand dollars is not much money for Bill" but again, it's not much money for a lot of people in Russia, but no one had helped but Bill Allen. The local leaders in Sakhalin and Ivan's family were so grateful to Bill. I have attached a photo of Ivan and the doctor.

There are many other examples of Bill's generosity and I enclosed a photo of two more kids from Sakhalin who had cerebral palsy and these kids were also helped and they are doing great just because of that help.

Bill Allen also saved my father's life. My father had few heart attacks and experienced clinical death. Bill had brought my parents from St. Petersburg, Russia numerous times to USA, so my father could get his health evaluation and undergo medical treatment. During one of the first trips a huge clot was discovered. If it was not for the immediate treatment my father would have been dead. My father does not have a medical insurance. All huge medical bills and airfare were always covered by Bill.

September 17, 2009

The Honorable John W. Sedwick
Chief United District Judge
222 West Seventh Avenue, #4
Anchorage, AK 95513

RE: Bill Allen

Your Honor:

My name is Anne Lambert and I work in state government as a human resources manager. Through my work in public service I am familiar with issues of objectivity, fairness, and justice, and with the court's responsibilities in weighing all factors prior to issuing decisions that impact individual lives, as well as the public. I know you take your responsibility in this regard seriously, and so I trust you will take a moment to consider my words, which are those of a person who knows the truth of who Bill Allen is.

I am Bill's niece and I have known him all my life. My mom was Bill's oldest sister and she helped raise him. When I was a child, she told me stories of her childhood and her family's difficulties and extreme poverty during and following the Great Depression. There were periods when my Grandpa was not able to support the family, and Bill, at a time when most young men would run far and fast from that type of hardship and responsibility, took on the role of breadwinner as a young teenager because he loved his family and he didn't want to see my Grandma struggle and toil. He also didn't want his younger brothers and sisters to go without food or the other basics of life, including attending school and getting an education. My mom often spoke of Bill's optimism and resilience in the face of these difficulties, and that this never hardened his outlook on life. She said he never shirked a responsibility.

I came to know Bill not only through my mom's stories growing up, but also through my personal experiences with him as an adult. I have worked with Bill, lived in his home, and I have traveled with him, so I have had opportunity to see him in a variety of life situations. Time and time again I have seen his generosity towards others. When I worked for Bill, his office was down the hall and I could hear him on the telephone. He received many calls for help from people who knew him and from others whom he didn't know. He listened to their troubles, treated them with kindness and patience, and worked at getting them help. He took time to help someone who was down on their luck.

Bill is always thinking about others and where their life is difficult or where things could be improved for them. When my parents passed away, they had a small farm that had fallen into disrepair and I purchased it knowing full well that I was taking on a lot of work. I never complained to Bill but somewhere along the line he recognized that I was having some struggles. He came by the farm to see what I might need and helped me get the farm back in shape. He called one day and said he'd been thinking about what might help me. He said he'd done some research and found something that could make it easier for me to deal with the many weed and brush issues we have in Oregon. He said he was sending me something. Then an ATV with a winch and a tow-behind sprayer was delivered to my house. I didn't even have to go anywhere to pick it up. He also sent a cart that I could attach to the ATV to haul things in, as the farm needed a lot of clean up. He thought this equipment would make my life easier, and it has. Every time I see that ATV, I think about him. It's just a piece of equipment, but it has truly made my life a lot more manageable. For someone to be that proactive about recognizing

where I had a need when I didn't even realize it, is amazing. It sounds simple but these things show how Bill has been a blessing in my life.

Much of what Bill does for people is about making them feel good and accepted. It is painful for my two kids to see the way that Bill has been characterized by the media. That is not the person they have grown up with. He has made a great impact on their lives. He has the ability to really connect with kids, which has been especially important as my children's father was not very involved in their lives. My daughter just graduated high school as an AP scholar and recently left to study abroad having been selected for a U.S. State Department scholarship. My son is a high-school sophomore interested in engineering and aviation; he has an excellent academic record. I tell you this because Bill's love and influence has made a difference in their achieving success in their young lives. When my son Shawn was 10, Bill knew he was interested in learning to ride BMX bikes, so he bought him a BMX bike and encouraged him. Shawn was so happy. The next year when we were at a family gathering Bill knew that Shawn had learned to do some stunts on the bike, so Bill announced "Hey everyone, Shawn's going to do some tricks on his bike, let's go watch him." Bill gathered the male members of our family, and we piled into two cars and went to the local bike park. Shawn was very shy and self-conscious, but again Bill encouraged him and so my son got up on the ramps with his bike and put on a little show for all the men in our family. Bill recognized that Shawn needed some attention and acknowledgement. That may not sound like much, but to an 11-year old boy without a father figure it is huge.

When my mom became very ill and needed surgery, Bill was very committed to her life being positive, and my mom was very grateful for his help. The surgery did not go well and mom ended up going from being an independent person to an invalid in the course of just one day. It was an emotional time and some in our family did not handle the turn of events well. When conflicts arose Bill would step in to calm things down as he is a good listener and has an amazing ability to be the voice of reason. He did so much to take care of my mom. She needed 24-hour care until she passed away one and a half years later. Mom's medical condition was so intense that it required me to be with her constantly. I also had a full-time job I was trying to hang onto, and two kids in grade school. Without Bill's help, I would have been unable to work and would have lost my job. It was a really critical time for me and he got me through it. He re-arranged his schedule to be there for mom and for me, and to be involved in the decision making process. He made sure that at least one of my aunts or uncles could be there to help us out. He paid for hotels, plane tickets, medical equipment, and other things necessary to see that mom was comfortable and that family was by her side. On the evening my mom passed away, it was just Bill and I who were there. Mom's passing was a difficult process for her physically, and Bill knew I was exhausted, so he put me in a recliner, covered me with a blanket, and told me to get some rest. I protested about sleeping as I wanted to be with her when she passed. Bill said he would watch over her and would wake me as the end got closer. He came to get me in the final hour and we were both there when she passed. Even though he was in pain over losing her, he provided a strong shoulder for me. It was a great comfort to have him there. He has been an amazing support to me.

In 1988, there was a worldwide story about three gray whales trapped in the ice at Barrow, and the international effort to rescue them. Bill didn't initially plan on being involved in their rescue, but others asked that he go to Barrow and see the whales, so he did. He ended up being very involved in their rescue. The year after the rescue, Bill and I were passing time on a flight to Anchorage when I asked him to tell me about "that whole whale thing." What struck me was that he didn't talk about the logistics of the rescue, or the equipment, manpower, or money that Veco donated. He didn't tell me about the personal commendation he received from the President of the United States for his help in the rescue. He only told me about being on the ice with the whales, and their constant struggle to

surface for air in the small hole in the ice. He told me how he had touched their faces, what their skin felt like, and how they would look at you eye to eye. He said he couldn't explain it, but he knew that the whales knew the people on the ice were trying to help them. I remember Bill's eyes to this day when he told me that story because he was so touched by how desperate the whale's situation was. This event for him wasn't about the media or publicity for Veco; for him it came down to the fact that once involved, he couldn't turn his back on creatures in need, and he needed to do whatever it took to help them. This is typical of how Bill looks at things and goes about his life.

Bill never wanted others to suffer the way he did growing up. It is part of who Bill is and it influences everything he does. These are the things that are not written about in the papers or commented on in the blogs, and things that he doesn't brag about. When I hear people describe him as self-serving, a liar, driven by greed, or by other despicable terms, it hurts deeply because these traits are in no way a part of who he is. I have never seen him be arrogant or treats anyone in a lesser way. He is a humble and sincere person that has a love for people and a desire to help them, whether they are employees, little kids, friends, or even friends who are politicians. He extends the same friendship and helping hand *to all of them.* People have at times taken advantage of his good nature and generosity. Even in these circumstances I have seen him turn the other cheek and forgive others for their mistakes. He has encouraged me to take the high road in my dealings and relationships with people. Some other things about Bill is that he likes to talk with young people about how important education is, often offering or paying for someone to pursue an education. He encouraged me to pursue higher education. He doesn't criticize those that have made poor choices, those who need help, or those who have messed up their lives in some way. Instead he will offer guidance, wisdom, and a helping hand so that they can feel confident and improve their lives.

It is hard to see the pain Bill has been in. I see a strong man who has been crushed, yet he maintains dignity and passion and still reaches out to people. He still gives a big hug and a smile when I see him. He is doing his best to get through this situation. He is kind. He loves his kids, grandkids, and great-grandkids. He is very involved in their lives on a daily basis and they love him. He is a positive influence to those young kids just has he has been to my kids.

My words may be mocked by those who judge this good man in the absence of truth or context, and some may find it difficult to reconcile my experiences with their image of Bill Allen. This is understandable given the untruths that have been disseminated, published, and repeated about him. The "persona," of Bill that has been created through these means is unrecognizable to those of us who know him. My words are true, sincere and from the deepest place in my heart. I have always been an independent person who has found it hard to ask others for help. I have been a single parent raising two kids by myself since 1995. I have worked hard to advance my education and career and to provide for my family. I have never asked Bill for help. He has of his own accord extended his love and support to me and my children. He is one of only a few people who have understood my struggles.

Your honor, you don't know Bill on a personal level so I respectfully ask that you give careful consideration to what you learn about him from me and others who speak about him. Remember how he has helped others and the positive impact he has made in people's lives. He has employed many people so they could provide for themselves and their families, and contributed to Alaska in many ways. When I moved from Alaska to the lower 48 he truly seemed puzzled as to why I would want to live anywhere else, because he loves the beauty and the people of Alaska so much. He has been committed to striking a balance in the state between families, business, recreation, and conservation. He wanted Alaska to be a place where people could raise families and individuals could have a chance to pursue

their dreams. That may sound a bit corny but that is the truth. People will say that those in the oil business are single-minded and motivated by greed. This is not Bill Allen. Please hear from someone who knows that there is passion and reason behind what he does. There were good things he was trying to achieve. It was not self serving. A person must have both passion and compassion to accomplish what he has in his life and to remain empathetic and generous as he has done.

Your honor, I am grateful for the opportunity to acknowledge Bill's good deeds and help you know more about him through this letter. This is the essence of who Bill is, and these experiences are not isolated incidents. I hope this gives perspective to any decisions that have to be made and provides context to things that have occurred. Bill has worked so hard since he was just a boy to relieve hardship from other's lives. This plays a key role in all that he does and it is what gives him fulfillment and meaning to his life. I firmly believe a person like that deserves consideration in the matter currently under review, and in relation to in any decisions affecting his future.

*Thank you for your time and consideration.*

Sincerely,

*[signature]*

Anne Lambert
PO Box 482
Turner, OR 97392